■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER GORDON, Appellant. [841 NYS2d 811]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered January 23, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted criminal sale of a controlled substance in the third degree (Penal Law §§ 110.00, 220.39 [1]). Contrary to the contention of defendant, the plea colloquy establishes that his waiver of the right to appeal was voluntary, knowing, and intelligent (*see People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Callahan*, 80 NY2d 273, 280

[1992]; *People v Lovett*, 8 AD3d 1007 [2004], *lv denied* 3 NY3d 677 [2004]). The valid waiver by defendant of the right to appeal encompasses his challenge to the amount of restitution ordered inasmuch as that amount was included in the plea agreement (*see People v King*, 20 AD3d 907 [2005], *lv denied* 5 NY3d 829 [2005]; *cf. Lovett*, 8 AD3d at 1007-1008), and his challenge to the severity of the sentence likewise is encompassed by his waiver of the right to appeal (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Keiser*, 38 AD3d 1254 [2007]). Present—Gorski, J.P., Smith, Centra, Fahey and Pine, JJ.